---

**IMPORTANT NOTICE:** AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO clerk@ned.uscourts.gov. IF PLAINTIFF IS PRO SE, MAIL TO THE CLERK'S OFFICE AT 111 South 18th Plaza, Suite 1152, Omaha, NE 68102.

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAMELA J. FRANKS, | ) |
| Plaintiff, | ) Case No. 4:12CV3076 |
| v. | ) |
| | ) CONSENT TO EXERCISE |
| | ) OF JURISDICTION BY A |
| GOODWILL INDUSTRIES OF | ) UNITED STATES MAGISTRATE JUDGE |
| GREATER NEBRASKA, INC., | ) AND |
| | ) ORDER OF REFERENCE |
| Defendant. | ) |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For Pamela J. Franks, Plaintiff | 6/15/12 |

David C. Huston
Erin M. Urbom
Huston and Higgins
108 N. Locust
P.O. Box 429
Grand Island, NE 68802-0429
Telephone: (308) 382-3888
Facsimile: (308) 382-3919
david.huston@hustonandhiggins.com

| [signature] | For Goodwill Industries of Greater Nebraska, Inc. | 6-13-2012 |
|---|---|---|

Christopher E. Hoyme
JACKSON LEWIS LLP
10050 Regency Circle, Suite 400
Omaha, Nebraska 68114
Telephone: (402) 391-1991
Facsimile: (402) 391-7363
hoymec@jacksonlewis

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Cheryl R. Zwart, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

_June 15, 2012_
Date

_John M. Gerrard_
United States District Judge

clerk\proc\forms\consent.frm
04/13/11