> **IMPORTANT NOTICE:** AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO clerk@ned.uscourts.gov. IF PLAINTIFF IS PRO SE, MAIL TO THE CLERK'S OFFICE AT 111 South 18th Plaza, Suite 1152, Omaha, NE 68102.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

PAMELA J. FRANKS,

    Plaintiff,

v.

GOODWILL INDUSTRIES OF
GREATER NEBRASKA, INC.,

    Defendant.

Case No. 4:12CV3076

**CONSENT TO EXERCISE
OF JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE
AND
ORDER OF REFERENCE**

### CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signed] David C. Huston<br>Erin M. Urbom<br>Huston and Higgins<br>108 N. Locust<br>P.O. Box 429<br>Grand Island, NE 68802-0429<br>Telephone: (308) 382-3888<br>Facsimile: (308) 382-3919<br>david.huston@hustonandhiggins.com | For Pamela J. Franks, Plaintiff | 6/15/12 |
| [signed] Christopher E. Hoyme<br>JACKSON LEWIS LLP<br>10050 Regency Circle, Suite 400<br>Omaha, Nebraska 68114<br>Telephone: (402) 391-1991<br>Facsimile: (402) 391-7363<br>hoymec@jacksonlewis.com | For Goodwill Industries of<br>Greater Nebraska, Inc. | 6-13-2012 |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Cheryl R. Zwart, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

_June 15, 2012_
Date

_John M. [Signature]_
United States District Judge

clerk\proc\forms\consent.frm
04/13/11