IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAMELA J. FRANKS,<br><br>    Plaintiff,<br><br>vs.<br><br>GOODWILL INDUSTRIES OF<br>GREATER NEBRASKA, INC.,<br><br>    Defendant. | 4:12CV3076<br><br>**ORDER** |

   **THIS MATTER** is before the court on the parties' Joint Motion to extend the discovery deadlines in this case from November 1, 2012 to December 17, 2012, and corresponding deadlines, and to adjust the deadline for filing motions to dismiss and motions for summary judgment from December 31, 2012 to January 14, 2013.

   **IT IS ORDERED** that the motion is granted.  The parties shall complete discovery by December 17, 2012 and the parties shall file any motions to dismiss and motions for summary judgment by January 14, 2013.

   Dated this 5th day of October, 2012.

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                            United States Magistrate Judge