IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PAMELA J. FRANKS,

Plaintiff,

vs.

GOODWILL INDUSTRIES OF
GREATER NEBRASKA, INC.,

Defendant.

**4:12CV3076**

**ORDER**

THIS MATTER is before the court on the parties' Joint Motion to Extend Discovery Cutoff Deadlines, (Filing No. 23).

IT IS ORDERED:

1.     The Joint Motion to Extend Discovery Cutoff Deadlines (Filing No. 23) is granted.  The discovery cutoff deadline is January 16, 2013 and deadline for filing motions to dismiss and motions for summary judgment is February 13, 2013.

2.     The pretrial conference, scheduled for March 14, 2013 and the jury trial, scheduled to commence on March 25, 2013, are continued pending further order of the court.

3.     The parties shall participate in a telephonic status conference with the undersigned magistrate on March 14, 2013 at 10:00 a.m. to discuss settlement possibilities and potential trial dates.  Counsel for Plaintiff shall initiate the call.

Dated this 27th day of November, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge