IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAMELA J. FRANKS, | )<br>) Civil Action No.:  4:12-cv-3076 |
| Plaintiff, | )<br>) |
| vs. | ) **JUDGMENT OF DISMISSAL**<br>) **WITH PREJUDICE** |
| GOODWILL INDUSTRIES OF<br>GREATER NEBRASKA, INC., | )<br>)<br>) |
| Defendant. | ) |

In accordance with the Stipulation for Dismissal with Prejudice (Filing No. 28),

IT IS ORDERED that Plaintiff Pamela J. Franks' claims against Defendant Goodwill Industries of Greater Nebraska, Inc., are dismissed, with prejudice, with each party to pay their own fees and costs.

Dated this 5th day of February, 2013.

BY THE COURT:

_____
United States Magistrate Judge